UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHAY BANK,

                      Plaintiff,

        - against -

YOUNG HO SEO, et al.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-14-09

**ORDER**

06 Civ. 15445 (LTS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    For good cause shown, the time for plaintiff Cathay Bank to respond to this Court's order requesting additional information in support of its application for damages, interest, attorneys' fees, and costs following entry of default judgment is extended from July 6, 2009, to **July 28, 2009**.

    This resolves docket entry number 32.

**SO ORDERED this 13th day of July 2009**
New York, New York

                                                **The Honorable Ronald L. Ellis**
                                                **United States Magistrate Judge**